UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:22-cv-80098-DMM

REINA TRINWITH,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jerel C. Dawson, of the law firm of SHUTTS & BOWEN LLP, herewith enters his appearance as counsel for Defendant, Hartford Life and Accident Insurance Company, ("Hartford"), in the above-styled cause of action and requests that all future correspondence, notices, filings and pleadings be served upon the undersigned.

        */s/ Jerel C. Dawson*
        Jonathan M. Fordin, Esquire
        Florida Bar No. 371637
        jfordin@shutts.com
        Jerel C. Dawson
        Florida Bar No. 152390
        *jdawson@shutts.com*
        SHUTTS & BOWEN LLP
        200 South Biscayne Boulevard
        Suite 4100
        Miami, Florida 33131
        Telephone: 305-347-7390
        Fax: 305-347-7790
        *Attorneys for Hartford*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of March, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Geannina A. Burgos, Esq.,** DABDOUB LAW FIRM, P.A., 1600 Ponce de Leon Blvd., Suite 1202, Coral Gables, FL 33134 email: nina@longtermdisability.net

*/s/ Jerel C. Dawson*
Jerel C. Dawson