UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80098-DMM

REINA TRINWITH,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**<u>JOINT MOTION TO CONDUCT MEDIATION VIA VIDEOCONFERENCE</u>**

Plaintiff, Reina Trinwith ("Ms. Trinwith"), and Defendant, Hartford Life and Accident Insurance Company ("Hartford") (the "Parties"), file this Joint Motion to Conduct Mediation via Videoconference and state as follows:

1. This Court entered a Pretrial Scheduling Order and Order Referring Case to Mediation on March 22, 2022 [DE 17].

2. In an attempt to resolve this matter, the Parties have chosen to schedule mediation with Jack L. Townsend, Sr., on June 2, 2022, at 1:00 p.m. (EST).

3. Due to the current situation surrounding COVID-19, the Parties and their respective counsel request to conduct mediation via videoconference.

4. Conducting mediation via videoconference will not in any way inhibit the Parties from holding a meaningful mediation.

Accordingly, the Parties respectfully request that this Court enter an order permitting the Parties to conduct mediation via videoconference.

*Respectfully submitted this 31st day of March, 2022.*

| | |
|---|---|
| /s/ *Jonathan M. Fordin* | /s/ *Edward P. Dabdoub* |
| Jonathan M. Fordin (FBN 371637) | Edward Philip Dabdoub (FBN. 45685) |
| jfordin@shutts.com | eddie@longtermdisability.net |
| SHUTTS & BOWEN LLP | Geannina A. Burgos (FBN. 113242) |
| 200 South Biscayne Blvd., Suite 4100 | nina@longtermdisability.net |
| Miami, Florida 33131 | DABDOUB LAW FIRM, P.A. |
| Tel: (305) 347-7390 | 1600 Ponce de Leon Blvd., Suite 1202 |
| Fax: (305) 347-7790 | Coral Gables, Florida 33134 |
| *Attorneys for Defendant* | Tel: (305) 754-2000 |
| | Fax: (305) 754-2007 |
| | *Attorneys for Plaintiff* |