**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80098-DMM

REINA TRINWITH,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**[PROPOSED] ORDER OF JOINT MOTION TO**
**CONDUCT MEDIATION VIA VIDEOCONFERENCE**

THIS CAUSE comes before the Court upon the Joint Motion to Conduct Mediation via Videoconference and, for good cause shown:

It is hereby **ORDERED AND ADJUDGED** that this Joint Motion to Conduct Mediation via Videoconference is **GRANTED.**

The mediation conference in this matter shall be held with Jack L. Townsend, Sr. on June 2, 2022, at 1:00 p.m. (EST). The parties and their respective counsel shall appear via videoconference.

ENTERED this _____ day of _____, 2022.

 

                                                                               _____
                                                                                HONORABLE DONALD M. MIDDLEBROOKS
                                                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record