**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80098-DMM

REINA TRINWITH,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES**
**MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. Motions for Costs      Yes _____      No __X__
2. Motions for Attorney's Fees      Yes _____      No __X__
3. Motions for Sanctions      Yes _____      No __X__
4. Motions to Dismiss      Yes _____      No __X__
5. Motions for Summary Judgment      Yes _____      No __X__

04/21/2022          *s/ Edward P. Dabdoub*
(Date)          (Signature – Plaintiff's Counsel)

04/21/2022          *s/ Jonathan M. Fordin*
(Date)          (Signature – Defendant's Counsel)