UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No.: 9:22-cv-80098-DMM

REINA TRINWITH,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party will bear its own attorneys' fees, costs, and expenses.

*Respectfully Submitted this 24th day of June, 2022.*

| | |
|---|---|
| /s/ *Jonathan M. Fordin* | /s/ *Geannina A. Burgos* |
| Jonathan M. Fordin (FBN 371637) | Geannina A. Burgos (FBN. 113242) |
| jfordin@shutts.com | nina@longtermdisability.net |
| SHUTTS & BOWEN LLP | Edward Philip Dabdoub (FBN. 45685) |
| 200 South Biscayne Blvd., Suite 4100 | eddie@longtermdisability.net |
| Miami, Florida 33131 | DABDOUB LAW FIRM, P.A. |
| Tel: (305) 347-7390 | 1600 Ponce de Leon Blvd., Suite 1202 |
| Fax: (305) 347-7790 | Coral Gables, Florida 33134 |
| *Attorneys for Defendant* | Tel: (305) 754-2000 |
| | Fax: (305) 754-2007 |
| | *Attorneys for Plaintiff* |